CASE REFERRED, CLOSED, DAC

# U.S. District Court
## Middle District of Louisiana (Baton Rouge)
## CIVIL DOCKET FOR CASE #: 3:07-cv-00767-JVP-DLD
### Internal Use Only

Arinder v. Alvarado et al  
Assigned to: Judge John V. Parker  
Referred to: Magistrate Judge Docia L Dalby  
Cause: 42:1983 Civil Rights Act  

Date Filed: 10/22/2007  
Date Terminated: 01/29/2008  
Jury Demand: None  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question  

**Plaintiff**

Chris J. Arinder      represented by   Chris J. Arinder  
307 Robertson Street  
New Iberia, LA 70560  
PRO SE  

V.

**Defendant**

**Julio Alvarado**  
*Jefferson Parish Sheriff Deputy*

**Defendant**

**Harry Lee**  
*Jefferson Parish Sheriff*

A TRUE COPY  
*[signature]* 1/29/08  
Deputy Clerk   Date  
U.S. District Court  
Middle District of Louisiana  
Baton Rouge, Louisiana  

| Date Filed | # | Docket Text |
|---|---|---|
| 10/22/2007 | 1 | COMPLAINT against Julio Alvarado, Harry Lee, filed by Chris J. Arinder.(NLT, ) (Entered: 10/22/2007) |
| 10/22/2007 | | (Court only) ***Set/Clear Flags. The Staff Attorney for this Prisoner Case is DAC. (BP, ) (Entered: 01/29/2008) |
| 01/29/2008 | 2 | Order Transferring Case to District of Eastern District of Louisiana. Signed by Magistrate Judge Docia L Dalby on 1/29/2008. (jdl) (Entered: 01/29/2008) |
| 01/29/2008 | 3 | Transfer Letter regarding transmittal of documents to Eastern District of Louisiana. (jdl) (Entered: 01/29/2008) |

Case #: 3:07-cv-00767-JVP-DLD