FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA
2007 OCT 22 PM 1:59
SIGN_____
BY DEPUTY CLERK

U.S. COURT OF APPEALS
RECEIVED
SEP 28 2007
NEW ORLEANS, LA

A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Chris J. Arinder        479346
                    Inmate (DOC) number

_____

(Enter above the full name of each
plaintiff in this action.)

VERSUS

JULIO ALVARADO, JEFFERSON PARISH SHERIFF DEPUTY

HARRY LEE, JEFFERSON PARISH SHERIFF

_____

_____

(Enter above the full name of each
defendant in this action.)

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. §1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

**IF YOU ARE A PARISH PRISONER**, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

**IF YOU ARE A D.O.C. PRISONER**, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Public Safety and Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for <u>each</u> defendant no longer employed by the Department of Public Safety and Corrections.

**All copies of the complaint must be identical to the original.**

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly**

**the same.**
     In order for this complaint to be filed, it must be accompanied by the filing fee of $ 350.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

     If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

     You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, <u>DO NOT INCLUDE EXHIBITS</u>.

     When you have completed these forms, mail the original and copies to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I.    Previous Lawsuits

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (**xxx**)

    B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit
            Plaintiff(s): __**N/A**__

            Defendant(s): __**N/A**__

        2. Court (if federal court, name the district; if state court, name the parish):
            __**N/A**__

        3. Docket number: __**N/A**__

        4. Name of judge to whom case was assigned: __**N/A**__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?):
   N/A

6. Date of filing lawsuit: __N/A__
7. Date of disposition: __N/A__

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?
   Yes ( )    No (XXX)

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.
   N/A

II.  Place of present confinement: **C. PAUL PHELPS CORRECTIONAL CENTER/ P.O. BOX1056 DEQUINCY, LOUISIANA 70633**

A. Is there a prisoner grievance procedure in this institution?
   Yes (XXX) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( ) No (XXX)

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. __N/A__

2. What steps did you take? __N/A__

3. What was the result? __N/A__

D. If your answer is No, explain why not: **THIS MATTER DID NOT INVOLVE THE DEPARTMENT OF CORRECTIONS. NO PRISONER GRIEVANCE WAS REQUIRED.**

3

III. Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) Chris J. Arinder
   Address **P.O. BOX1056, DEQUINCY, LA. 70633**

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant **JULIO ALVARADO** is employed as **DEPUTY SHERIFF** at **JEFFERSON PARISH SHERIFFS DEPT. METAIRIE, LOUISIANA**

C. Additional Defendants: **HARRY LEE SHERIFF OF JEFFERSON PARISH**

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not given any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON OCTOBER 16, 2006 AT APPROXIMATELY 1:30PM I WAS ARRESTED FOR AN ALLEGED THEFT WHICH OCCURRED AT A SEARS STORE. OFFICER JULIO ALVARADO HANDCUFFED ME AND PLACED ME INTO A SHERIFF UNIT. AFTER BEING TOTALLY RESTRAINED AND PLACED IN THE CAR, OFFICER JULIO ALVARADO RETURNED TO THE CAR AND BEAT ME WHILE I WAS HANDCUFFED. THIS BEATING RESULTED IN PERMANENT SCARRING AND FRACTURED RIBS WHICH REQUIRED MEDICAL TREATMENT. THIS BEATING ALSO OCCURRED AFTER I WAS INITIALLY SEEN BY EMT'S ON THE SCENE OF THE ARREST. (SEE ATTACHED DOCUMENT FOR LIST OF WITNESSES). THIS AMOUNTED TO POLICE BRUTALITY, CRUEL AND UNUSUAL PUNISHMENT, USE OF EXCESSIVE FORCE, THUS RESULTING IN

4

<u>A VIOLATION OF MY CONSTITUTIONAL RIGHTS UNDER BOTH THE FOURTH AND EIGHTTH AMENDMENTS OF THE UNITED STATES CONSTITUTION. BECAUSE OF OFFICER JULIO ALVARADO' USE OF EXCESSIVE FORCE AND RECKLESSNESS I NOW SUFFER PERMANENT FACIAL SCARRING AND DISCOMFORT. SHERIFF HARRY LEE IS LIABLE FOR HIS EMPLOYEES ACTIONS.</u>

V. Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes. Attach no exhibits. <u>I AM REQUESTING THAT THIS HONORABLE COURT AFTER FINDING MERIT IN MY CLAIM AWARD MONETARY DAMAGES, COMPENSATORY DAMAGES, EXEMPLARY DAMAGES, MENTAL ANGUISH AND PUNITIVE DAMAGES TO ME FOR INJURIES SUSTAINED FROM THE BEATING BY OFFICER ALVARADO. (SEE ATTACHED DOCUMENT FOR ITEMIXED LIST AND AMOUNTS FOR EACH.)</u>

VI. Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this _15_ day of _September_, 200_7_.

_Chris J. Aunder_
Signature of plaintiff(s)

4726 W. Falk St. Apt D
Jefferson, La 70121
(mailing Address)

# EAST JEFFERSON GENERAL HOSPITAL EMERGENCY MEDICAL SERVICES • 4200 Houma Blvd., Metairie, LA 70006
## EMS PATIENT REPORT

| Field | Value |
|---|---|
| DATE | 10-16-06 |
| ITEM NUMBER | 61802 |
| NUMBER | 1 OF 1 PATIENTS |
| LOCATION OF INCIDENT | 4621 Yace, Met., 70006 |
| PATIENT'S NAME | Trindel, Chris J. |
| AGE | 37 |
| DATE OF BIRTH | 9-3-69 |
| SEX | M |
| RACE | W |
| ADDRESS | 922 Aurora, Met. |
| TELEPHONE | N/A |
| SS# | 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 |
| RESPONSIBLE PARTY | JP |
| INSURANCE | N/A |

### Time Log (Military)
- CALL RECEIVED: 1424
- EN ROUTE CODE: 1 3 — 1430
- ARRIVED LOCATION: 1433
- DEPARTED CODE: —
- ARRIVED DESTINATION: —
- BACK IN SERVICE: 1441

### Vitals
| Time | 14:38 |
|---|---|
| Blood Pressure | unable |
| Pulse | 120 |
| Respiration | 20 |
| LOC / AVPU | Alert |
| Pain 1 to 10 | Denies Pain |
| Pupil (L/R) | PERL |
| Motor Function | A/AE |
| Skin Temp/Color/Tex | WD Diaphoretic |
| EKG | N/A |
| Oxygen Adjunct/LPM | N/A |
| IV Rate / Fluid | N/A |
| SpO2 | N/A |
| Glucometer | N/A |
| Med/Procedure | N/A |

PPE USED: YES — Gloves

### Glasgow Coma Scale
- Eye opening: 4
- Verbal response: 5
- Motor response: 6
- GCS: 15

### Adult Revised Trauma Score: 12
- B/P (Systolic): 4 (>89)
- Glasgow: 4 (13-15)
- Respirations: 4 (10-29)

Trauma sites: Taser Barb — upper back

PMH: Unk
MEDS: Unk
ALLERGIES: NKA

Removed taser barb & JP from Pt. upper back. Pt alert denies pain. Pt in custody of JP. Pt is Police matter. Amb. needed to remove & discard barb. Stable upon Departure.

J. Bernard EMT-B
J. Bernard EMT-B / Taylor

PATIENT'S DESTINATION: N/A
☒ PEC

101 11/05



# PROVIDER'S ORDERS

| Date/ Time | Inmate's Name: Arnder, Chris | D.O.B. / / |
|---|---|---|
| | | Allergies: |

1/17/04 — CBC, ordered
percogesic 2 tab BID x 2 weeks
chest and c&d xray ordered
clotrimazole 1% topical
[signature]



# PROVIDER'S PROGRESS NOTES

| Date/Time | Inmate's Name: Arindu, Chris | D.O.B. 9/3/65 Allergies: NKA |
|---|---|---|

**10/19/06 0930** — (L) chest wall bruising, & adventitious CW movement, tender to touch. Multiple ant bites to legs. Call from Sp. of Charity for (L) side rib FX. Pain medication ordered. —SWP

**11/3/06 1120** — (L) chest wall pain – c/o stabbing pain (L) side. Worse c̄ full stomach and inspiration. PE – = chest wall movement, no adventitious CW or sounds. = breath sounds. No palp displacing rib continuity. Imp – possible fracture. —SWP

**11/22/06 0930** — [illegible clinical note regarding prior psychiatric treatment by Dr. Kim, Allen Counseling Center, medications including Zyprexa, Klonopin, Ativan, etc.]

RX 10/18/06 @ 1900 DUPLICATE
ORIGINAL w/ CINDY

# CORRECTHEALTH
## INTAKE SCREENING

**NAME:** ARINDER, CHRIS
**DOB:** 9/3/69   **SSN:**
**DATE:** 10/16/06   **TIME:** 2200

### VISUAL OBSERVATION (Circle Y or N and explain all Yes answers)

1. Is the inmate unconscious or showing any visible signs of illness, injury, bleeding, pain, or other symptoms suggesting the need for immediate emergency medical referral?*  Y **(N)**
2. Are there any visible signs of fever, jaundice, skin lesions, rash or infections? Any cuts, bruises, needle marks, minor injuries or body vermin?  Y **(N)**
3. Does the patient report any fever, chills, night sweats, weight loss, fatigue, anorexia, productive cough > 3 weeks, hemoptysis, or recent exposure to tuberculosis?  Y **(N)**
4. Does the inmate exhibit any signs that might suggest the risk of suicide, assault or abnormal behavior?*   *SAD   Y **(N)**
5. Does the inmate appear to be under the influence of, or withdrawing from drugs or alcohol?**   **CIWA   Y **(N)**
6. Is the inmate's mobility restricted in any way due to deformity, cast, injury or congenital anomalies?   Y **(N)**

COMMENTS / ACTION TAKEN: ☐ Continue Intake Process   ☐ *Refer to RN   ☐ Other:

### VITAL SIGNS

| INITIAL VITAL SIGNS: TIME 2240 | REPEATED VITAL SIGNS: TIME |
|---|---|
| BP: 128/84    T: 97.6 | BP:    T: |
| HR: 91    SaO2: | HR:    SaO2: |
| RR: 16    FSBS: | RR:    FSBS: |

ETOH Hx: Beer - Wine - Liquor
How Much:    How Often:
How Long:    Last Use:

Drug Hx: MethA - Cocaine - THC - BZD - Other
How Much:    How Often:
How Long:    Last Use:

**ALLERGIES** (Medications, Foods, etc.): ~~NKDA~~ CODEINE

**CURRENT MEDICATIONS** (include OTCs & RX meds):
~~TYLENOL~~
IBUPROFEN PRN

**CURRENT MEDICAL PROBLEMS:**
Ø
CHIN LACERATION

Previous Incarcerations? Where? When?

I have answered all questions truthfully. I have been told how to obtain medical services and advised on how to obtain medication upon release. I hereby give my consent for professional services to be provided to me by and through CorrectHealth. For the purpose of providing health care to me while incarcerated at this facility, I do hereby consent to CorrectHealth to provide / receive medical history information and records to / from any healthcare provider that may have such records or have a medical need for such records.

Inmate Signature    Date/Time
Screened by: Paul Galantz LPN    Date/Time: 10/16/06 2222

## Intake Progress Notes and Disposition

**CORRECTHEALTH**

| NAME: | | |
|---|---|---|
| DOB: | SSN: | |
| DATE: | | TIME: |

| Date / Time | PROGRESS NOTES |
|---|---|
| 10/16/06 | Arrestee brought in by JPPD. Placed in cubical while performing my assessment I noticed blood on arrestee's chin. After cleaning up the blood I found that the arrestee had a deep gash under his chin. Upon further examination it was determined that the arrestee needed to be transported to Lord + Taylor. Called Dr Green and was told to send Arrestee out. — T. Thomas |

### CARE PLAN / DISPOSITION

Referral to: ☐ MidLevel Provider  ☐ Psychologist  ☐ Dental  ☐ Other:
☐ Patient instructed to complete medical request prn

#### Protocols Initiated (Circle All that Apply)

| 1. Asthma | 6. M/S Pain | 11. Pre-Inc. Diversion | 16. Suicide |
| 2. BZD W/D | 7. HTN | 12. PreNatal | 17. TB |
| 3. Diabetes Type I | 8. Inf. Admission | 13. Seizure | 18. UTI |
| 4. Diabetes Type II | 9. Ischemic C/P | 14. Skin / Wound | 19. Xanax |
| 5. ETOH W/D | 10. MA / Narc W/D | 15. Special Needs | 20. Other |

Placement Recommendation: ☐ General Population  ☐ Infirmary  ☐ Other _____

Louisiana State University Health Care Services Division
Medical Center of Louisiana at New Orleans

ARINDER, CHRIS J
09/03/1969      10/16/06
                 1   M   J

# INMATE PROGRESS NOTES

DIRECTIONS: Original to be placed on the patient's record. Carbon to be returned to the referring physician.

REFERRING AGENCY: _____

**WRITE FIRMLY - USE BALL POINT PEN**

SUBJECTIVE AND OBJECTIVE:

*[handwritten notes, illegible]*

ASSESSMENT:

*[handwritten notes, illegible]*

PLAN:
(Include labs requested, medication ordered, and treatment plan)

*[handwritten notes, illegible]*

_____
PHYSICIAN'S SIGNATURE

_____
PHYSICIAN ID#

NOTE: RETURN APPOINTMENTS SHOULD BE ORDERED ONLY WHEN
PRISON STAFF PHYSICIANS CANNOT PROVIDE ADEQUATE FOLLOW-UP.
PHYSICIAN, RETURN APPOINTMENT REQUEST SHOULD BE MADE
WITH A GENERAL TIME FRAME.
EXAMPLE: "RETURN TO CLINIC IN TWO WEEKS".
SPECIFIC DATES WILL BE MADE BY THE
OUTPATIENT DEPARTMENT CORRESPONDENCE CLERK.
CONTACT CLINIC NURSE FOR ANY PROBLEMS.

MCLN 0029 (R 3/06)

# Louisiana State University Health Sciences Center
## Medical Center of Louisiana at New Orleans
### EMERGENCY DEPARTMENT SIGN-OUT SHEET

☐ Accident Room  ☑ Fast Track  ☐ W-15
☐ MER  ☐ University Hospital ED

8767209 T 89532944
ARINDER, CHRIS J
09/03/1969  10/16/06

**DIAGNOSES:** Chin Laceration

**CLINIC APPOINTMENTS:**
Clinic: Prim MD — 2 day
Date / Time

Please go to ☐ appointment office (Room W223) on the second floor of Charity Hospital, or ☐ call _____ to make your appointment. The appointment office is open: Monday–Friday 7:30 a.m. to 4:00 p.m., or _____.

**DISCHARGE INSTRUCTION SHEETS:**
number / title

**PRESCRIPTIONS:**
1. None
2.
3.
4.

☐ **SOCIAL SERVICE**
Reason For Referral: _____
When: _____
The social worker is located at: _____

YOU MAY RETURN TO WORK ON: _____

**OTHER INSTRUCTIONS:**
① Return to ER for any problems
② Suture removal in 5 days
③ Keep wound clean and dry

**RETURN HERE:**
☐ _____, or
☑ at any time, if you get worse, or do not get better like you expect.

I have received and understand my discharge instructions, including the instructions above, and any of the numbered discharge instruction sheets listed above. All of my questions concerning my medical condition have been answered.

X _[signature]_   10/16/06
   patient or authorized person   date

_[signature]_
physician or nurse   time

**ACTIVITY RESTRICTIONS:** _____

**DIET:** _____

MCLN 1370 A (R 4/05)

Correcthealth
Jefferson Community Correctional Center

Name Chris Brinder Location 1E-9A B of I 2485960

Services received Clinic-Chest Pain

Charge $10.00

Date of charge 11/29/06

Approved By Michelle Spires

Copy to inmate _____ Copy to Commissary

Mailing Address:
4926 W. Falk St. Apt D.
Jefferson, La. 70121

Ce# # (337) 967-6763

I am no longer incarcerated,
I'm located at 307 Robertson St
New IBeria, La 70560

**Jon Gegenheimer**
JEFFERSON PARISH CLERK OF COURT
24TH JUDICIAL DISTRICT
PO BOX 10
GRETNA LA 70054-0010



Clerk of The United States District Court
for the Middle District of La
777 Florida St Ste 139
Baton Rouge, La 70801-1712

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHRIS J. ARINDER (#479346)

VERSUS                                        CIVIL ACTION

JULIO ALVARADO, ET AL                         NUMBER 07-767-JVP-DLD

ORDER

    Pro se plaintiff, an inmate at C. Paul Phelps Correctional Center, Dequincy, Louisiana, filed this action pursuant to 42 U.S.C. § 1983 against the Jefferson Parish Deputy Sheriff Julio Alvarado and former Jefferson Parish Sheriff Harry Lee. Plaintiff alleged that he was subjected to an excessive use of force in violation of his constitutional rights.

    Since the incidents and actions complained of occurred in the Eastern District of Louisiana and the defendants reside in the Eastern District of Louisiana, venue is proper in the Eastern District pursuant to 28 U.S.C. §1391. Therefore;

    IT IS ORDERED that the matter is hereby TRANSFERRED to the Eastern District of Louisiana.

    Signed in Baton Rouge, Louisiana, on January 29, 2008.

**MAGISTRATE JUDGE DOCIA L. DALBY**

cc: EDLA



# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Nick J. Lorio**  
**Clerk of Court**

Telephone: 225-389-3500  
Facsimile: 225-389-3501

January 29, 2008

Mrs. Loretta Whyte, Clerk  
United States District Court - EDLA  
500 Poydras Street, Room C-151  
New Orleans, LA 70130

Re: Civil Action 07-767-JVP-DLD  
    Arinder v Alvarado, et al

Dear Mrs. Whyte:

On January 29, 2008, the Honorable Docia L. Dalby, United States Magistrate Judge for this district, entered an order transferring the above captioned case to the Eastern District of Louisiana.

The official court record for the Middle District of Louisiana is in the electronic case filing system, CM/ECF. Please be advised you may access this database to obtain original pleadings. Our web site is: http://ecf.lamd.circ5.dcn. Please use your court's Pacer account and password to access these documents. If you have any problems, please do not hesitate to contact us.

For questions regarding this document or transmission, please call our CM/ECF Help Desk at 225-389-3552.

        Sincerely,  
        NICK J. LORIO, CLERK

        By:    Janice LeBlanc  
               Deputy Clerk

Enclosures

Please acknowledge receipt on the enclosed copy of this letter and return to us for our files:

        Received by:_____

        Date:_____

        EDLA Case Number:_____


Case: 3:2007-cv-00767-JVP-DLD Document: 2        by: JDL

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF LOUISIANA
777 FLORIDA STREET, SUITE 139
BATON ROUGE, LA 70801-1712

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

Chris J. Arinder
307 Robertson Street
New Iberia, LA 70560

NIXIE     708    DE 1        00   02/09/08
          RETURN TO SENDER
          NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD

BC: 70801176599        *2165-19561-30-42



RECEIVED JAN 31 2008 USDC-LAE

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA
## OFFICE OF THE CLERK

Nick J. Lorio  
Clerk of Court

Telephone: 225-389-3500  
Facsimile: 225-389-3501

January 29, 2008

Mrs. Loretta Whyte, Clerk  
United States District Court - EDLA  
500 Poydras Street, Room C-151  
New Orleans, LA 70130

Re: Civil Action 07-767-JVP-DLD  
    Arinder v Alvarado, et al

Dear Mrs. Whyte:

On January 29, 2008, the Honorable Docia L. Dalby, United States Magistrate Judge for this district, entered an order transferring the above captioned case to the Eastern District of Louisiana.

The official court record for the Middle District of Louisiana is in the electronic case filing system, CM/ECF. Please be advised you may access this database to obtain original pleadings. Our web site is: http://ecf.lamd.circ5.dcn. Please use your court's Pacer account and password to access these documents. If you have any problems, please do not hesitate to contact us.

For questions regarding this document or transmission, please call our CM/ECF Help Desk at 225-389-3552.

                Sincerely,  
                NICK J. LORIO, CLERK

                By:   Janice LeBlanc  
                      Deputy Clerk

Enclosures

Please acknowledge receipt on the enclosed copy of this letter and return to us for our files:

        Received by: _Dawn Hutzijansen_

        Date: _1/31/08_

EDLA Case Number: _____



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

Nick J. Lorio
Clerk of Court

Telephone: 225-389-3500
Facsimile: 225-389-3501

January 29, 2008

Mrs. Loretta Whyte, Clerk
United States District Court - EDLA
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re: Civil Action 07-767-JVP-DLD
    Arinder v Alvarado, et al

Dear Mrs. Whyte:

On January 29, 2008, the Honorable Docia L. Dalby, United States Magistrate Judge for this district, entered an order transferring the above captioned case to the Eastern District of Louisiana.

The official court record for the Middle District of Louisiana is in the electronic case filing system, CM/ECF. Please be advised you may access this database to obtain original pleadings. Our web site is: http://ecf.lamd.circ5.dcn. Please use your court's Pacer account and password to access these documents. If you have any problems, please do not hesitate to contact us.

For questions regarding this document or transmission, please call our CM/ECF Help Desk at 225-389-3552.



Sincerely,
NICK J. LORIO, CLERK

By:   Janice LeBlanc
      Deputy Clerk

Enclosures

Please acknowledge receipt on the enclosed copy of this letter and return to us for our files:

    Received by:_____

         Date:_____

EDLA Case Number:_____

777 FLORIDA STREET• SUITE 139• BATON ROUGE, LA 70801-1712