**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CHRIS J. ARINDER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-1136** |
| **JULIO ALVARADO, ET AL** | **SECTION: "B"(2)** |

## ORDER AND REASONS

After failing to respond to the rule to show cause of this court, **IT IS ORDERED** that the captioned matter is **DISMISSED** without prejudice for failing to prosecute.

Per Order of this Court dated October 20, 2009, Plaintiff, Arinder was ordered to show cause in writing no later than October 30, 2009 why this matter should not be dismissed for failure to timely show proof of service upon defendants in according with Federal Rules of Civil Procedure 4M (Record Document No. 4). Arinder was warned in that order that failure to comply may result in dismissal of his case without further notice.

While we construe *pro se* pleadings liberally, *pro se* litigants, like all other parties, must abide by procedural rules. e.g., *U.S. v. Wilkes*, 20 F. 3d 651, 653 (5th Cir. 1994). A review of the record in this matter indicates that the show cause order was returned as undeliverable to this court on October 29, 2009 (Record document No. 5) and plaintiff has not provided this Court with a new address.

Accordingly, due to Arinder's failure make the court aware of an address change and failing to respond to a court directive, **IT IS ORDERED** that his claims are hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41 for failure to prosecute.

New Orleans, Louisiana, this 3rd day of November, 2009.

_____
UNITED STATES DISTRICT JUDGE