**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**CHRIS J. ARINDER**                           **CIVIL ACTION**

**VERSUS**                                     **NO. 08-1136**

**JULIO ALVARADO, ET AL**                      **SECTION: "B"(2)**

## JUDGMENT

**IT IS ORDERED**, **ADJUDGED AND DECREED** that Chris J. Arinder's claims are hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Fed. R. Civ. P. 41.

New Orleans, Louisiana, this 3rd day of November, 2009.

_____
UNITED STATES DISTRICT JUDGE